**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00056-REB-BNB

JOVENE FERNANDEZ,

    Plaintiff,

v.

SYNERGETIC COMMUNICATIONS, INC., a Texas corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#13][1] filed March 6, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#13] filed March 6, 2014, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated March 7, 2014, at Denver, Colorado.

                             **BY THE COURT:**

                             */s/ Robert E. Blackburn*
                             Robert E. Blackburn
                             United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.